**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1843

MARVIN K. COOK,

Plaintiff - Appellant,

versus

CITY OF CHARLOTTE; CHARLOTTE CITY COUNCIL;
CHARLOTTE MECKLENBURG POLICE DEPARTMENT; ABBY
DAWKINS GOODSON,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-96-131-3-MU)

Submitted:  December 13, 1996       Decided:  December 24, 1996

Before WIDENER, HAMILTON, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin K. Cook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. We note that abstention under the doctrine of <u>Younger v. Harris</u>, 401 U.S. 37 (1971) was appropriate in this case. <u>See</u> <u>Ohio Civil Rights Comm'n v. Dayton Christian Sch.</u>, 477 U.S. 619, 627 (1986). To the extent that it is not moot, we deny Appellant's request for injunctive relief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>